No. 04M61. WEAVER *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 03–1230. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL.; and

No. 03–1234. MID-CON FREIGHT SYSTEMS, INC., ET AL. *v.* MICHIGAN PUBLIC SERVICE COMMISSION ET AL. Ct. App. Mich. [Certiorari granted, 543 U. S. 1086 and 1096.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* granted. Motion of petitioners to deconsolidate the cases or, in the alternative, for an enlargement of time for oral argument denied. Motions for divided argument granted to be divided as follows: 15 minutes for petitioners in No. 03–1230; 10 minutes for petitioners in No. 03–1234; 25 minutes for respondents; and 10 minutes for United States.

No. 03–1237. MERCK KGAA *v.* INTEGRA LIFESCIENCES I, LTD., ET AL. C. A. Fed. Cir. [Certiorari granted, 543 U. S. 1041.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 03–1693. MCCREARY COUNTY, KENTUCKY, ET AL. *v.* AMERICAN CIVIL LIBERTIES UNION OF KENTUCKY ET AL. C. A. 6th Cir. [Certiorari granted, 543 U. S. 924.] Motion of petitioners for leave to file a supplemental brief after argument granted.

No. 04–169. GRAHAM COUNTY SOIL & WATER CONSERVATION DISTRICT ET AL. *v.* UNITED STATES EX REL. WILSON. C. A. 4th Cir. [Certiorari granted, 543 U. S. 1042.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 04–514. BELL, WARDEN *v.* THOMPSON. C. A. 6th Cir. [Certiorari granted, 543 U. S. 1042.] Motion of respondent to allow Matthew M. Shors to argue *pro hac vice* granted.

No. 04–563. MAYLE, WARDEN *v.* FELIX. C. A. 9th Cir. [Certiorari granted, 543 U. S. 1042.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.